UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VLADIMIR VEDENEEV and
GLOBAL NETWORK MANAGEMENT INC.,

     *Plaintiffs*,

    v.

JOURNALISM DEVELOPMENT NETWORK
INC. d/b/a THE ORGANIZED CRIME AND
CORRUPTION REPORTING PROJECT,

     *Defendant*.

CIVIL ACTION NO. 1:26-cv-1527

JURY TRIAL DEMANDED

## NOTICE OF ERRATA

Plaintiffs give notice of filing a corrected version of their Complaint that includes the addresses of Plaintiff Global Network Management Inc. and Defendant Journalism Development Network Inc. d/b/a the Organized Crime and Corruption Reporting Project in the caption of the Complaint, and give further notice that they will file under seal a notice containing Vladimir Vedeneev's address. *See* Local Civ. R. 5.1(c)(1). The originally filed Complaint omitted the addresses. The corrected Complaint is attached hereto.

Dated:  May 4, 2026

Respectfully Submitted,

 /s/ Thomas A. Clare, P.C.
Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Joseph R. Oliveri (D.C. Bar No. 994029)
Kathryn G. Humphrey*
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com
Email: joe@clarelocke.com
Email: kathryn@clarelocke.com
* *pro hac vice* forthcoming

*Attorneys for Plaintiffs Vladimir Vedeneev and
Global Network Management Inc.*

2