AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| VLADIMIR VEDENEEV and GLOBAL NETWORK MANAGEMENT INC | ) ) |
| _Plaintiff_ | ) |
| JOURNALISM DEVELOPMENT NETWORK INC. d/b/a THE ORGANIZED CRIME AND CORRUPTION REPORTING PROJECT | )   Case No.    1:26-CV-01527-RC ) |
| _Defendant_ | ) ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOURNALISM DEVELOPMENT NETWORK INC. d/b/a THE ORGANIZED CRIME AND CORRUPTION REPORTING PROJECT
.

Date:    06/10/2026

/s/Josephine Herman
_Attorney's signature_

Josephine Herman NY 5869581 NJ 421932023
_Printed name and bar number_

Cyrus R. Vance Center for International Justice
42 West 44th Street, 3rd Floor
New York, NY
10036
_Address_

jherman@nycbar.org
_E-mail address_

(212) 382-6780
_Telephone number_

_FAX number_